UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26- 61059-CV-DIMITROULEAS

YANNA OROZCO MORALES,

     Petitioner,

v.

WARDEN OF BROWARD TRANSITIONAL CENTER, et. al.,

     Respondents.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner YANNA OROZCO MORALES ("Petitioner")'s Petition for Writ of Habeas Corpus [DE 1], filed April 11, 2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. No later than **April 17, 2026**, Respondents shall file a response to the Motion.

   Petitioner may file a reply on or before **April 23, 2026.**

2. The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov